**LIZAMA_D.aacg2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                      Plaintiff,         )<br>                                                             )<br>              vs.                                     )<br>                                                             )<br> DONICIO REYES LIZAMA, JR.,      )<br>                                                             )<br>                      Defendant.     )<br> _____) | CRIMINAL CASE NO. 97-00023<br><br>**ANNUAL ACCOUNTING<br>IN GARNISHMENT** |

To:   Luen Fung
        Attn.: Payroll Department
        P.O. Box 502725
        Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about June 29, 2004, $650.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

DATED this 3rd day of August, 2006.

                                                                LEONARDO M. RAPADAS
                                                                United States Attorney
                                                                Districts of Guam and the NMI

                                                 By:     /s/ Marivic P. David
                                                                MARIVIC P. DAVID
                                                                Assistant U.S. Attorney
                                                                marivic.david@usdoj.gov

PAYMENT HISTORY
FOR: 1997Z00186

DEBTOR:  Lizama, Donicio Reyes
COLLECTION TYPE: 3
BALANCE AS OF JULY 10, 2006:  $6,414.20

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 08-AUG-2005 | GC/H | 7472 | 3867 | $ 50.00 |
| 06-SEP-2005 | GC/H | 7523 | 3968 | 50.00 |
| 06-OCT-2005 | GC/H | 7579 | 4091 | 50.00 |
| 07-NOV-2005 | GC/H | 7666 | 4215 | 50.00 |
| 05-DEC-2005 | GC/H | 7720 | 4340 | 50.00 |
| 09-JAN-2006 | GC/H | 7798 |  | 75.00 |
| 06-FEB-2006 | GC/H | 7843 | 4561 | 50.00 |
| 06-MAR-2006 | GC/H | 7887 | 4674 | 50.00 |
| 06-APR-2006 | GC/H | 7959 | 4799 | 50.00 |
| 04-MAY-2006 | GC/H | 8004 | 4922 | 50.00 |
| 06-JUN-2006 | GC/H | 8056 |  | 50.00 |
| 10-JUL-2006 | GC/H | 08120 | 5150 | 75.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:  **$ 650.00**