1   **LIZAMA_D.svc**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL:   (671) 472-7332
6   FAX:   (671) 472-7215

7   Attorney's for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10

11
    UNITED STATES OF AMERICA,          )     CRIMINAL CASE NO. 97-00023
12                                     )
                Plaintiff,             )
13                                     )
            vs.                        )     **CERTIFICATE OF SERVICE**
14                                     )
    DONICIO REYES LIZAMA, JR.,         )
15                                     )
                Defendant,             )
16  _____)
                                       )
17  LUEN FUNG,                         )
                                       )
18              Garnishee.             )
    _____)
19

20        I hereby certify that on **August 4, 2006**, I electronically filed the following:  **Annual**

21  **Accounting in Garnishment** with the Clerk of Court using the CM/ECF system, and a copy was

22  sent to the defendant and garnishee by mail on **August 8, 2006**.

23

24                                  LEONARDO M. RAPADAS
                                    United States Attorney
25                                  Districts of Guam and the NMI

26
    DATED:      8/8/06          By:    /s/ Marivic P. David_____
27                                    MARIVIC P. DAVID
                                      Assistant U.S. Attorney
28                                    marivic.david@usdoj.gov