**LIZAMA_D.gar1**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam   96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00023 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR AMENDED WRIT OF CONTINUING GARNISHMENT** |
| DIONICIO REYES LIZAMA, JR. | ) | |
| Defendant. | ) | |

APPLICATION FOR AMENDED WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue an Amended Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor DIONICIO REYES LIZAMA JR., social security number XXX-XX-5143, whose last known mailing address is:  P.O. Box XXXXXX, Saipan, MP 96950   (hereinafter "Debtor"),  in the above cited action for the sum of $7,600.00 which includes a $100.00 special assessment fee and a $7,500.00 fine.  Interest accrues at the legal rate of 5.49%.

There is a balance of $6,397.59, as of September 11, 2006. ($3,505.00 principal + $2,855.09 int. to 9/11/2006 + $37.50 penalty).

//

//

1  Demand for a payment increase of the above-stated debt was made upon the debtor not
2 less than 30 days and the Debtor has failed to satisfy the debt.
3  The Garnishee is believed to have possession of property (including nonexempt
4 disposable earnings) in which the Debtor has a substantial nonexempt interest.
5  The names and address of the Garnishee or his authorized agent is:

> Luen Fung Enterprise
> Attn: Payroll
> P.O. Box 502725
> Saipan, MP 96950
> Telephone No. (670) 234-7243

9  The United States seeks the sum of 25% of the defendant's non-exempt net disposable
10 earnings to be withheld from the defendant's wages, salary or commissions to be applied toward
11 the judgment.
12  DATED this 12th day of September, 2006.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and the NMI
>
> By:   /s/ Marivic P. David
>       MARIVIC P. DAVID
>       Assistant U.S. Attorney
>       marivic.david@usdoj.gov