```
                                                          F I L E D
                                                             Clerk
                                                         District Court

1   LIZAMA_D.gar2                                        SEP 1 2 2006

2   LEONARDO M. RAPADAS                              For The Northern Mariana Islands
    United States Attorney                           By_____
3   MARIVIC P. DAVID                                         (Deputy Clerk)
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam  96910-5059
    TEL: (671) 472-7332
6   FAX: (671) 472-7215

7   Attorney's for United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00023 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING COURT** |
| vs. | ) | **APPROVAL FOR THE DISTRICT** |
| | ) | **COURT CLERK TO ISSUE AN** |
| DIONICIO REYES LIZAMA, JR. | ) | **AMENDED WRIT OF CONTINUING** |
| | ) | **GARNISHMENT** |
| Defendant. | ) | |
| | ) | |
| LUEN FUNG ENTERPRISE, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue an Amended Writ of Continuing Garnishment against Defendant Judgment Debtor DIONICIO REYES LIZAMA, JR. in the above cited action.

DATED this 12TH day of SEPTEMBER, 2006.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands