**LIZAMA_D.svc2**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00023 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| DONICIO REYES LIZAMA, JR., ) | |
| Defendant, ) | |
| LUEN FUNG ENTERPRISE, ) | |
| Garnishee. ) | |

I hereby certify that on **September 12, 2006**, I electronically filed **Application for Amended Writ of Continuing Garnishment** and on **September 13, 2006**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system, and copies of the following:  **Application for Amended Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue an Amended Writ of Continuing Garnishment, Amended Writ of Continuing Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to**

**Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the Defendant DONICIO REYES LIZAMA, JR. by certified and regular mail and to the garnishee by certified mail on September 14, 2006.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and the NMI

DATED: 9/14/2006          By:     /s/ Marivic P. David  
                                  MARIVIC P. DAVID  
                                  Assistant U.S. Attorney  
                                  marivic.david@usdoj.gov