FILED
Clerk
District Court

SEP 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>DIONICIO REYES LIZAMA, JR.,  )<br>)<br>Defendant  )<br>_____)<br>)<br>LUEN FUNG ENTERPRISES,  )<br>)<br>Garnishee  )<br>_____) | Criminal Case No. 97-00023<br><br><br>ORDER SETTING HEARING<br>ON CLAIM OF EXEMPTION |

BASED UPON the September 26, 2006, request for hearing filed by defendant,

IT IS ORDERED that **a hearing in this matter is set for Thursday, October 26, 2006, at 9:00 a.m.** Plaintiff shall have until 3:30 p.m., Thursday,

AO 72
(Rev. 08/82)

October 12, 2006, to file an objection to the claim of exemption. Defendant may (but is not required to) file a written reply to plaintiff's opposition by 3:30 p.m., Thursday, October 19, 2006. Defendant shall appear at the hearing, either personally or through an attorney. Defendant should either file before the hearing date, or bring with him to the hearing, documents to support his claim of exemption.

DATED this 27th day of September, 2006.

_____
ALEX R. MUNSON
Judge