**LIZAMA_D.svc3**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:   (671) 472-7332
FAX:   (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| DONICIO REYES LIZAMA, JR., | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |
| | ) | |
| LUEN FUNG ENTERPRISE, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

I hereby certify that on **October 12, 2006**, I caused to be filed **Government's Objection to Claim of Exemption** and a filed copy was sent to the Defendant DONICIO REYES LIZAMA, JR. by certified and regular mail and to the garnishee by regular  mail on October 13, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 10/13/2006            By:    /s/ Marivic P. David_____
                                                 MARIVIC P. DAVID
                                                 Assistant U.S. Attorney
                                                 marivic.david@usdoj.gov