**LIZAMA_D.mtn**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam  96910
Telephone:  (671) 472-7332/7283
Telecopier:  (671) 472-7334

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                           Plaintiff,         )<br>             vs.                                         )<br>                                                              )<br>DIONICIO REYES LIZAMA, JR.,    )<br>                                                              )<br>                   Defendant-Debtor,    )<br>                                                              )<br>             and                                         )<br>                                                              )<br>LUEN FUNG ENTERPRISES,          )<br>                                                              )<br>                           Garnishee          )<br>_____ ) | CRIMINAL CASE NO. 97-00023<br><br>**MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY UNITED STATES COUNSEL MARIVIC P. DAVID**<br><br>DATE:  October 26, 2006<br>TIME:   9:00 a.m. |

The United States of America submits this Motion to allow the attorney for the United States who is on Guam, to participate by telephone in the hearing scheduled for October 26, 2006 at 9:00 a.m.  A representative from our Saipan office will appear in the courtroom and assist.

The attorneys thank the Court for the courtesy of considering this request.

Respectfully submitted this 13th day October, 2006.

                                               LEONARDO M. RAPADAS
                                               United States Attorney
                                               Districts of Guam and the NMI


                              By:    /s/ Marivic P. David
                                       MARIVIC P. DAVID
                                       Assistant U.S. Attorney
                                       marivic.david@usdoj.gov