LIZAMA_D.teleord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
Clerk
District Court

OCT 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>DIONICIO REYES LIZAMA, JR.,<br><br>          Defendant-Debtor,<br><br>          and<br><br>LUEN FUNG ENTERPRISES,<br><br>          Garnishee | CRIMINAL CASE NO. 97-00023<br><br>ORDER GRANTING MOTION<br>REQUESTING TELEPHONIC<br>PARTICIPATION |

The United States of America having moved to allow the attorney for the United States, to participate by telephone in the hearing presently scheduled for October 26, 2006, and good cause appearing therefore,

IT IS SO ORDERED, this 13TH day of October, 2006.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands