**LIZAMA_D.svc4**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| DONICIO REYES LIZAMA, JR., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| LUEN FUNG ENTERPRISE, | ) | |
| | ) | |
| Garnishee. | ) | |

I hereby certify that on **October 13, 2006**, I electronically filed **Motion Requesting Telephonic Participation by United States Counsel Marivic P. David** with the Clerk of Court using the CM/ECF system, and copies of the following:  **Motion Requesting Telephonic Participation by United States Counsel Marivic P. David** and **Order Granting Motion Requesting Telephonic Participation by United States Counsel Marivic P. David** were sent to the Defendant DONICIO REYES LIZAMA, JR. by certified and regular mail on October 16, 2006

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 10/17/06        By:    /s/ Marivic P. David
                                MARIVIC P. DAVID
                                Assistant U.S. Attorney
                                marivic.david@usdoj.gov