F I L E D
Clerk
District Court

OCT 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LIZAMA_D.gar5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00023 |
| Plaintiff, ) | |
| vs. ) | **AMENDED** |
| ) | **ANSWER OF THE GARNISHEE** |
| DIONICIO REYES LIZAMA, JR., ) | |
| Defendant, ) | |
| ) | |
| LUEN FUNG ENTERPRISE, ) | |
| Garnishee. ) | |

ANSWER OF THE GARNISHEE

I, LAI YEE WONG, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____

_____.

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

1  IF GARNISHEE IS A CORPORATION:
2       That he/she is the (State Official Title) __VICE PRESIDENT/GEN. MGR.__ of Garnishee,
3  __LUEN FUNG ENT., (SAIPAN), INC.__ a corporation, organized under the laws of the
4  __SAIPAN, CNMI__.
5  IF GARNISHEE IS A GOVERNMENT ENTITY:
6       State name and address of agency, and name and official title of authorized
7  representative: _____
8  _____
9  _____
10 _____
11      1.   On __SEPTEMBER 18__, 2006, Garnishee was served with the Writ
12 of Continuing Garnishment. For the pay period in effect on the date of service (shown above)
13 Yes   No
14  ✓   ___   Defendant was in my/our employ.
15            Pay period is weekly ___, bi-weekly ✓, semi-monthly ___, monthly ___.
16            The Defendant's present pay period began on __09/23/2006__.
17            (Present means the pay period in which this order and notice of
18            garnishment were served)
19            The Defendant's present pay period ends on __10/06/2006__
20            Enter amount of net wages. Calculate below:
21                (a) Gross Pay            $ __542.40__ *
22                (b) Federal income tax   _____
23                (c) F.I.C.A. income tax  __41.49__
24                (d) State/Local income tax __21.70__
25                Total of tax withholdings $ __63.19__
26                Net Wages                $ __479.21__ (a less total of b,c,d)
27 //  * Estimate only, based on the average of 102 hrs./pp at the rate of $4.80/hr.
28 //                                                          (bi-weekly)

| | Yes | No | | |
|---|---|---|---|---|
| | ___ | ✓ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| | ✓ | ___ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1. SALARY (PP 10/7/06 - 10/20/06) | $479 $^{2/}$ | 10-25-06 |
| 2. SALARY (PP 10/21/06 - 11/3/06) | 479 $^{2/}$ | 11-8-06 |
| 3. SALARY (PP 11/4/06 - 11/17/06) | 479 $^{2/}$ | 11-22-06 |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

//
//
//
//
//

- 3 -

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

Yes   No

___  _✓_  6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____
_____

Yes   No

___  _✓_  7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____
_____

//
//
//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

> ___ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, DIONICIO REYES LIZAMA, JR., and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, DIONICIO REYES LIZAMA, JR., at P.O. Box XXXXXX, Saipan, MP 96950 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

LUEN FUNG ENTERPRISE
Garnishee

By: __LAI YEE WONG__
Name of person preparing Answer

The foregoing instrument was acknowledged before me this 18th day of October, 2006.

TERESITA C. PIAMONTE
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission Expires:
P.O. Box 500686 CK, Saipan, MP 96950-0686