F I L E D
Clerk
District Court

OCT 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Cr.Cs.No. 97-00023-001 |
| •      Plaintiff, | |
| vs. | **INCOME AND EXPENSE DECLARATION** |
| LIZAMA, DIONICIO REYES JR. | |
|      Defendant. | |

**INCOME AND EXPENSE DECLARATION OF:**

_LIZAMA DIONICIO REYES JR._
___ Plaintiff
_X_ Defendant

**I.      EMPLOYMENT INFORMATION**

1.      Occupation:    Warehouseman

2.      Employer:    Luen Fung

3.      Employer's Address:   Middle Road, Saipan

4.      Employer's Telephone Number: 234-7243

5.      How long have you worked for this employer?  6 years

-1-

## II.    INCOME INFORMATION:

1.    I receive my paycheck :
  **X**  every two weeks    ___ monthly    ___ two times a month    ___ weekly    ___ others


2.    My gross* per pay period is $ 545.00        gross salary is your salary
                                                                        before any deductions are made

3.    My mandatory payroll deductions **per pay period** include:

  - Federal income tax.......................... $
  - CNMI tax....................................... $  22.00
  - FICA (Social Security).................. $  34.00


4.    Other payroll deductions include:

  - Medical/dental insurance............... $  8.00
  - Life Insurance ............................... $ 10.00
  - Other support payments................ $
  - Allotment...................................... $
  - Others (U.S. District Court).......... $ 25.00
        Medicare (Federal)              $
        Retirement                          $  _____

        Total payroll deductions       $  $99.00

5.    My take-home pay per pay period is        **$ 446.00  ( or $892.00 / month)**


## ***YOU MUST ATTACH COPIES OF YOUR LAST THREE (3) PAYSTUBS WITH THIS DECLARATION


6.    I also receive income from the following:

                                                                                Monthly Amount
  - Pension/retirement...................... no ___  yes ___      $_____
  - Social Security............................ no ___  yes ___      $_____
  - Disability/unemployment benefits no ___  yes ___      $_____
  - Public assistance: Food Stamps    no ___  yes ___      $_____
  - Rentals......................................... no ___  yes  **X**      $  400_____
        **(Kagman house rental)**

7.    I own the following:
  ___ Property................................................................. $_____  **(value)**

*(attach copy of title or other proof of ownership)*

_____

___ Shares on corporate stocks............... $ _____ **(estimated value)**

_____ **(name of company)**

___ Bank Accounts

___ Savings................................ $ _____ **(balance)**

___ Checking............................. $

___ Other................................... $ _____ **(balance)**

___Other Assets*...................................$ _____ **(value)**

**\* include business, partnerships, etc. not incorporated (*e.g.* sole proprietorships)**

8.  Explain any other sourc   es of income:

## III.    EXPENSE INFORMATION

1.  I live with and provide for the following people (include spouse, all children, and parents or other family household members): \* if person is employed, check box and list his/her <u>monthly salary</u>

| Name | Age | Relationship | Employed | Salary |
|------|-----|--------------|----------|--------|
| Jane P. Lizama | 37 | Wife | No | 500.00/mo.[1] |
| Jennifer Lizama | 19 | Daughter | No | |
| Jackelyn Lizama | 16 | Daughter | No | |
| David Lizama | 12 | Son | No | |
| Dionicio  Lizama Jr. | 8 | Son | No | |
| Antonia Lizama | 5 | Daughter | No | |

2.  <u>Monthly Housing Expenses</u>

a.       ___ Rent        ___ Mortgage (own house)       ___ Other (**specify**)   $ \*None
(lives in a property owned by wife's parents and pays only CUC bill)

b.       Housing Insurance........................................................................   $

c.       Utilities  ......................................................................................   $ 200.00

d.       Telephone ..................................................................................$  30.00

e.       Furniture rental with Dial-Rent-Own ..(sofa & DVD player)..............$ 160.00

$ 390.00

3.  <u>Monthly Transportation Expenses</u>

a.       Car payment (lease)............................................................. .$

_____

[1]    Wife receives $500.00 per month from her separate property in Garapan. This is use to pay obligations to creditors listed in paragraph 5 hereof.

      b.    Auto Insurance........($400/12)...................................................  $  33.00
      c.    Maintenance (repairs)....($500/12).....................................  $  41.00
      d.    Operating Costs (gas, oil, tires)...........................................$ 360.00
                                                                                                       $ 434.00

4.     <u>Monthly Personal Expenses</u>
      a.    Food.......................................................................................$   500.00
      b.    Clothing..(including diapers)...........................................  $
      c.    Medical and Dental ........................................................  $
      d.    Laundry/Cleaning...........................................................  $
      e.    Entertainment (T.V., movies, etc.)...(no cable and rents DVD)...... ....  $  60.00
      f.    Child Care .....................................................................  $
      g.    School .(lunch money for 4 children)..................................  $  140.00
      h.    Incidentals .....................................................................  $
      i.    Others......( House supplies/hygiene products )................$   120.00
             -                                                                   $  820.00

                    Total                                  $ 1,644.00

5.     <u>Monthly Installment Payments</u> (include all monthly payments for credit cards, finance companies, personal loans, etc.)

| Creditor | Purpose | Balance | Monthly Payment |
|---|---|---|---|
| Bank of Saipan (joint loan) | Kagman house home improvement loan | $9,000 (3 more years) | $336.00 |
| Wells Fargo | Kagman house home interior-finishing loan | $2,000 plus | $146.00 |
| | | Total | $   482.00 |

6.    **TOTAL MONTHLY EXPENSES (add all above expenses)**    **$  2,126.00**

7.    Explain any additional expenses that are not included above:

## IV.   PERSONAL INFORMATION

1.    My highest level of education is: _____

2.    My present marital status is:
        ____   single
        <u> X </u>  married
          <u> Jane Lizama </u>  (name of spouse)
          ____   (spouse not employed)
          ____   (spouse employed)    $_____  (gross monthly salary)

_____     living with non-marital partner
          _____ (name of non-marital partner)
          _____ (partner not employed)
          _____ (partner employed)    $_____ (gross monthly salary)

_____     divorced

_____     separated

3.     I lived with my children from _birth_ until _present_ .


## V.     ADDITIONAL INFORMATION

1.     Please list any additional information concerning your income and expenses that you believe is important.

       We have a small semi-concrete house we built on land belonging to my wife's father in Kagman. Although we do not pay rent, the expense of living in Kagman in terms of transportation is very high. I do not make enough money to feed my kids properly but it is all we can afford. I cannot afford to give 25% of my income to be applied against my fine, or my family will suffer.


2.     Use the following space to expand on any of the information provided in this Declaration:


## VI.     CERTIFICATION

       I hereby declare under penalty of perjury that I supplied the above information used in this Income and Expense Declaration, that I reviewed this Income and Expense Declaration, and that I believe the information to be accurate, complete, and correct.

       This Income and Expense Declaration is executed on the __23__ day of October, 2006 at Saipan, Commonwealth of the Northern Mariana Islands.



___DIONICIO R. LIZAMA_____            _____
          Name                                         Signature


-5-