F I L E D
Clerk
District Court

OCT 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-97-00023                                          October 26, 2006
                                                     9:25 a.m

### UNITED STATES OF AMERICA -v- DIONICIO R. LIZAMA, JR.

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           MARAVIC DAVID, Assistant U. S. Attorney
           TIMOTHY MORAN, Assistant U.S. Attorney
           DIONICIO R. LIZAMA, JR., Pro Se

PROCEEDING:   Hearing on an Exemption Claim

   Government by Timothy Moran, AUSA and Maravic David, AUSA. Defendant appeared Pro Se.

   Defendant requested to pay $100 a month.

   Attorney Maravic David argued for the Government.

   Court, after hearing all the arguments, ordered the defendant to pay 25% of his salary as prayed for by the Government.

                                 Adjourned at 9:40 a.m.

                                 By: _____/s/_____
                                 K. Lynn Lemieux, Courtroom Deputy