1   **LIZAMA_D.svc5**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
6   FAX:  (671) 472-7215

7   Attorney's for United States of America

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 97-00023
                                     )
11             Plaintiff,            )
                                     )
12        vs.                        )    **CERTIFICATE OF SERVICE**
                                     )
13  DIONICIO REYES LIZAMA, JR.,      )
                                     )
14             Defendant,            )
    _____)
15                                   )
    LUEN FUNG ENTERPRISE,            )
16                                   )
               Garnishee.            )
17  _____)

18          I hereby certify that on **October 26, 2006**, I electronically filed **Motion for Entry of**

19  **Final Order in Continuing Garnishment** with the Clerk of Court using the CM/ECF system,

20  and copies of the following:  **Motion for Entry of Final Order in Continuing Garnishment**

21  and **Final Order in Continuing Garnishment** were sent to the Defendant and garnishee by mail

22  on November 6, 2006.

23

24                                        LEONARDO M. RAPADAS
                                          United States Attorney
25                                        Districts of Guam and the NMI

26

27  DATED: 11/9/06              By:    /s/ Marivic P. David_____
                                       MARIVIC P. DAVID
28                                     Assistant U.S. Attorney
                                       marivic.david@usdoj.gov