**LIZAMA_D.aacg3**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00023 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| ) | |
| DIONICIO REYES LIZAMA, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

To:   Luen Fung Enterprise
      Attn.: Payroll Department
      P.O. Box 502725
      Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment and Final Order in Continuing Garnishment filed in the above entitled action.

//

//

//

//

Pursuant to the Writ of Continuing Garnishment issued on or about June 29, 2004 and the Final Order in Continuing Garnishment issued on or about October 31, 2006, $3,706.25 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 14th day of January, 2008.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab
       JESSICA F. CRUZ
       Assistant U.S. Attorney
       Jessica.F.Cruz@usdoj.gov
       MIKEL W. SCHWAB
       Assistant U.S. Attorney
       mikel.schwab@usdoj.gov