

Report Level: GU

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 12/30/2007

For Report Parameters: 1998B20709 ,001 , 987690

| CDCS NBR | Name | Collect OR Court Nbr | Priority Code | Scheduled Payment Amount | Current Liability |
|---|---|---|---|---|---|
| 1998B20709/001 | Lizama, Dionicio Reyes | CR-97- 00023 | 04 | $200.00 | $2,871.66 |

| Seq Finance NBR | Finance Code | Received Date | Payment Form | Received By Usao | Collect Type | Received From | Deposit Nbr | Scheduled Payment Amount | Check Nbr | BOP Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0066 | PMNT | 03/04/2005 | GC | | H | 7178-LuenFung gar | | | 3232 | | 03/04/2005 | $50.00 |
| 0067 | PMNT | 04/14/2005 | GC | | H | 7248-Luen Fung Ent | | | 3415 | | 04/15/2005 | $50.00 |
| 0068 | PMNT | 05/11/2005 | GC | | H | 7288-Luen Fung | | | 3511 | | 05/13/2005 | $50.00 |
| 0069 | PMNT | 06/13/2005 | GC | | H | 7339-c/o LuenFung | | | 3606 | | 06/13/2005 | $50.00 |
| 0070 | PMNT | 07/07/2005 | GC | | H | 7413-c/o LuenFung | | | 3745 | | 07/07/2005 | $75.00 |
| 0071 | PMNT | 08/08/2005 | GC | | H | 7472-LuenFung | | | 3867 | | 08/15/2005 | $50.00 |
| 0072 | PMNT | 09/06/2005 | GC | | H | 7523-c/o Luen Fung | | | 3968 | | 09/07/2005 | $50.00 |
| 0073 | PMNT | 10/06/2005 | GC | | H | 7579-c/o Luen Fung | | | 4091 | | 10/07/2005 | $50.00 |
| 0074 | PMNT | 11/07/2005 | GC | | H | 7666-c/o LuenFungEnt | | | 4215 | | 11/09/2005 | $50.00 |
| 0075 | PMNT | 12/05/2005 | GC | | H | 7720 | | | 4340 | | 12/06/2005 | $50.00 |
| 0076 | PMNT | 01/09/2006 | GC | | H | 7798 | | | | | 01/10/2006 | $75.00 |
| 0077 | PMNT | 02/06/2006 | GC | | H | 7843 | | | 4561 | | 02/07/2006 | $50.00 |
| 0078 | PMNT | 03/06/2006 | GC | | H | 7887 | | | 4674 | | 03/07/2006 | $50.00 |
| 0079 | PMNT | 04/06/2006 | GC | | H | 7959 | | | 4799 | | 04/10/2006 | $50.00 |
| 0080 | PMNT | 06/06/2006 | GC | | H | 8056 | | | | | 06/08/2006 | $50.00 |
| 0081 | PMNT | 07/10/2006 | GC | | H | 08120 | | | 5150 | | 07/10/2006 | $75.00 |
| 0082 | PMNT | 05/04/2006 | GC | | H | 8004 | | | 4922 | | 07/27/2006 | $50.00 |
| 0084 | PMNT | 08/03/2006 | GC | | H | 08172 | | | 5274 | | 08/07/2006 | $50.00 |
| 0085 | PMNT | 09/11/2006 | GC | | H | 08240 | | | 5395 | | 09/13/2006 | $50.00 |
| 0086 | PMNT | 10/06/2006 | GC | | H | 08314 | | | 5545 | | 10/06/2006 | $50.00 |
| 0087 | PMNT | 12/04/2006 | GC | | H | 08407 | | | 5812 | | 12/04/2006 | $242.78 |
| 0088 | PMNT | 11/24/2006 | GC | | H | 08391 | | | 5746 | | 12/06/2006 | $146.87 |
| 0090 | PMNT | 01/05/2007 | GC | | H | 08455 | | | 5933 | | 01/05/2007 | $250.24 |
| 0091 | PMNT | 02/06/2007 | GC | | H | 08511 | | | 6060 | | 02/06/2007 | $328.07 |
| 0092 | PMNT | 03/05/2007 | GC | | H | 08548 | | | 6179 | | 03/05/2007 | $240.41 |
| 0093 | PMNT | 04/05/2007 | GC | | H | 08606 | | | 6331 | | 04/05/2007 | $246.47 |
| 0094 | PMNT | 05/07/2007 | GC | | H | 08650 | | | 6447 | | 05/07/2007 | $229.15 |
| 0095 | PMNT | 06/04/2007 | GC | | H | 08689 | | | 6578 | | 06/05/2007 | $234.57 |



Report Level: GU

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 12/30/2007

For Report Parameters: 1998B20709 ,001 , 987690

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| 1998B20709/001 | Lizama, Dionicio Reyes | OR | CR-97-00023 | 04 | | $200.00 | $2,871.66 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | BOP Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0096 | PMNT | 07/09/2007 | GC | H | 08756 | | 6713 | | 07/10/2007 | $237.74 |
| 0097 | PMNT | 07/09/2007 | GC | H | 08757 | | 6714 | | 07/10/2007 | $123.30 |
| 0098 | PMNT | 08/08/2007 | GC | H | 08803 | | 6822 | | 08/08/2007 | $234.52 |
| 0099 | PMNT | 09/07/2007 | GC | H | 08845 | | 6937 | | 09/10/2007 | $233.54 |
| 000102 | PMNT | 10/04/2007 | GC | H | 08902-Luen Fung Garn | | 7045 | | 10/10/2007 | $227.36 |
| 000104 | PMNT | 11/06/2007 | GC | H | 08975 | | 7176 | | 11/07/2007 | $236.23 |
| 000106 | PMNT | 12/10/2007 | GC | H | 09030 | | 7285 | | 12/17/2007 | $345.00 |
| Total | | | | | | | | | | $7,651.25 |